IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEVIN O'NEAL MEREDITH                                                               PLAINTIFF

v.                                Case No. 6:22-cv-6116

DEPUTY SHERIFF JULIE GURUN and
DEPUTY SHERIFF BRYAN CHANEY                           DEFENDANTS

## ORDER

      Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Bryant recommends that Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failing to prosecute this matter and for failing to obey orders of the Court.

      Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Braynt's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 10th day of October, 2023.

                                                                  /s/ Susan O. Hickey
                                                                   Susan O. Hickey
                                                                   Chief United States District Judge